Benjamin P. Davis, Assistant Federal Public Defender, Matthew W. Fleming, Attorney, Kristi A. Hughes, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Juan Manuel Cota-Chavez appeals from the district court's judgment and challenges the 48-month sentence imposed upon remand for resentencing following his guilty-plea conviction for importation of

methamphetamine and heroin, in violation of 21 U.S.C. §§ 952 and 960. We dismiss.

Cota-Chavez contends that the district court erred by denying him a minor role reduction under U.S.S.G. § 3B1.2(b). Because Cota-Chavez has been released from custody and is not subject to a term of supervised release, we dismiss the appeal as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Jose Luis ALVARADO-MANRIQUEZ,**
**Defendant-Appellant.**

No. 17-50010

United States Court of Appeals,
Ninth Circuit.

Submitted September 26, 2017 *

Filed September 29, 2017

Alicia Phillip Williams, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Jose Luis Alvarado-Manriquez, Pro Se

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Jose Luis Alvarado-Manriquez appeals from the district court's judgment and challenges the 24-month sentence imposed following his guilty-plea conviction for improper entry by an alien, in violation of 8 U.S.C. § 1325. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Alvarado-Manriquez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Alvarado-Manriquez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.